**Order filed April 20, 2012.**



In The

# Fourteenth Court of Appeals

———————————

## NO. 14-12-00270-CV

———————————

## IN THE INTEREST OF L.S.S. A/K/A L.H., N.A.H. AND N.L.H. A/K/A N.L.H., Children

---

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2011-00603J**

---

# O R D E R

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue ("parental termination case").   Appellant's brief was due **April 19, 2012.**   No brief has been filed.

Unless appellant files a brief with the clerk of this court within **10 days** of the date of this order, the court will dismiss the appeal for want of prosecution.   *See* Tex. R. App. P. 42.3(b).

Further, the judgment was signed February 24, 2012.   The notice of appeal was due March 15, 2012. *See* Tex. R. App. P. 26.1(b). Appellant, however, filed his notice of appeal on March 20, 2012, a date within 15 days of the due date for the notice of appeal. A motion for extension of time is necessarily implied when the perfecting instrument is filed within

fifteen days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file the notice of appeal. While an extension may be implied, appellant is still obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App. -- Houston [14th Dist.] 1998, no pet.).

On April 2, 2012, appellant was ordered to file a proper motion to extend time to file the notice of appeal on or before April 12, 2012**.** *See* Tex. R. App. P. 26.3;10.5(b). As of this date, no motion has been filed.

Accordingly, we **ORDER** appellant to file a proper motion to extend time to file the notice of appeal on or before **10 days** after the date of this order. *See* Tex. R. App. P. 26.3;10.5(b). If appellant does not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.

PER CURIAM